```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/4/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

                                          13-CR-424 (KMW)

      -against-

                                          **ORDER**

JOSE ALVAREZ,

                      Defendant.

-----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for May 12, 2020, is adjourned to July 14, 2020, at 11:00 a.m. Defendant's sentencing submission is due to the Court by June 30, 2020. The Government's submission is due by July 7, 2020.

      SO ORDERED.

Dated: New York, New York
       May 4, 2020                              _____/s/ Kimba M. Wood /_____
                                                         KIMBA M. WOOD
                                                   United States District Judge