UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

JOSE ALVAREZ,

                    Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/30/20_____

13-CR-424 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Tuesday, July 14, 2020, is adjourned to September 15, 2020, at 11:00 a.m. Defendant's sentencing submission is due by September 1, 2020. The Government's submission is due by September 8, 2020.

      SO ORDERED.

Dated: New York, New York
       June 30, 2020

                                                    _____/s/ Kimba M. Wood /_____
                                                        KIMBA M. WOOD
                                                United States District Judge