UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/22
```

    -against                                                            **ORDER**
                                                                    13 CR 424 (KMW)

JOSE ALVAREZ,

                                      Defendant.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

       The Court has received the defendant's April 19, 2022 letter, asking for a new attorney.

The Court will hold a remote conference on Tuesday, June 14, 2022, at 11:00 a.m.

       SO ORDERED.

Dated: New York, New York
       May 10, 2022

                                                           _/s/ Kimba M. Wood_
                                                           KIMBA M. WOOD
                                                UNITED STATES DISTRICT JUDGE