UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

JOSE ALVAREZ,

                        Defendant.
------------------------------------------------------------x

**ORDER**
13 CR 424 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference in the above-captioned case on Tuesday, June 14, 2022, at 11:00 a.m. Members of the press and public who wish to join the proceeding may dial 1-888-363-4749 and enter Access Code 1613818. Consistent with the standing orders of this court and local rules, no recording or rebroadcasting of the proceeding is permitted.

    SO ORDERED.

Dated: New York, New York
          June 13, 2022

                                  /s/ Kimba M. Wood
                                  KIMBA M. WOOD
                         UNITED STATES DISTRICT JUDGE