UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

JOSE ALVAREZ,

                              Defendant.
-------------------------------------------------------------------x

**ORDER**
13 CR 424 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/23

KIMBA M. WOOD, District Judge:

On January 3, 2023, the Court received a letter from the defendant, asking that new counsel be assigned. The Court shared this letter with defense counsel.

The Court will hold a conference in this case on Wednesday, February 8, 2023, at 1:00 p.m.

SO ORDERED.

Dated: New York, New York
         January 6, 2023

                                            /s/ Kimba M. Wood
                                            KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE