UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

              -against-

JOSE ALVAREZ,

                            Defendant.
-------------------------------------------------------------------x

**ORDER**
13 CR 424 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/23

KIMBA M. WOOD, District Judge:

      The conference currently scheduled for February 8, 2023, to discuss a possible change of counsel, is adjourned to Wednesday, February 22, 2023, at 11:30 a.m.

      SO ORDERED.

Dated: New York, New York
          January 25, 2023

                                                  */s/ Kimba M. Wood*
                                              KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE