UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

      -against-

JOSE ALVAREZ,

                         Defendant.
------------------------------------------------------------------x

**ORDER**
13 CR 424 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/23

KIMBA M. WOOD, District Judge:

    The conference scheduled for February 22, 2023, is adjourned to Wednesday, March 1, 2023, at 10:00 a.m.

    SO ORDERED.

Dated: New York, New York
          February 13, 2023

                                              KIMBA M. WOOD
                             UNITED STATES DISTRICT JUDGE