UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/23

-against

**ORDER**
13 CR 424 (KMW)

JOSE ALVAREZ,

Defendant.
----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The conference scheduled for Wednesday, March 1, 2023, is adjourned to Wednesday,

March 8, 2023, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
February 28, 2023

_Kimba m. Wood_

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE