UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

JOSE ALVAREZ,

                      Defendant.
-------------------------------------------------------------------x

**ORDER**
13 CR 424 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/23

KIMBA M. WOOD, District Judge:

The conference scheduled for Wednesday, March 8, 2023, is adjourned to Wednesday, March 29, 2023, at 10:00 a.m.

      SO ORDERED.

Dated: New York, New York
       March 6, 2023

                                                  /s/ Kimba M. Wood
                                                KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE