

— LAW OFFICES OF —
### JACQUELINE E. CISTARO

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 · E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/25

May 8, 2025

The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

*Re: United States v. Jose Alvarez, 13 Cr. 424 (KMW)*

Dear Judge Wood:

On May 30, 2023, I was appointed to represent Jose Alvarez in the above-captioned matter. I write to respectfully request permission to submit a Criminal Justice Act (CJA) interim voucher in connection with Mr. Alvarez's representation as I have already incurred meaningful attorney's fees with my work to date. It would be extremely helpful should I be allowed to submit an interim CJA voucher as the accrued amount is greater than ten thousand dollars ($10,000), in accordance with the CJA eVoucher Attorney's Manual.   ] granted

For the Court's convenience, I have included a "So Ordered" line should the Court grant my request. Thank you for your time and consideration.

Respectfully submitted,

s/ Jacqueline E. Cistaro, Esq.

SO ORDERED   _____Kimba M. Wood  5/13/25_____
Honorable Kimba M. Wood, U.S.D.J.